In the Matter of the Final Inventory and Account of DOUGLASS CONKLIN, as Committee of the Person and Estate of PHEBE K. BRUSH, an Incompetent Person. PHEBE K. BRUSH, Petitioner, Appellant; DOUGLASS CONKLIN, Committee, Respondent. In the Matter of the Final Inventory and Account of DOUGLASS CONKLIN, as Committee of the Person and Estate of ADA M. BRUSH, an Incompetent Person. ADA M. BRUSH, Petitioner, Appellant; DOUGLASS CONKLIN, Committee, Respondent.— Final decree settling accounts of committee

unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.